■ OLIN CONSTRUCTION CO., INC., Respondent, v. BUCKLEY CONSTRUCTION CORP., Appellant. SHERMAN D. OLIN et al., Doing Business as OLIN CONSTRUC-

TION COMPANY, Respondents, v. BUCKLEY CONSTRUCTION CORP., Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal by defendant from order of Onondaga Special Term granting plaintiff's motion that defendant be precluded unless bill of particulars be served in 20 days and denying defendant's motion for similar relief.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.